In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-20-00114-CV
_____


IN RE MARTHA KOOMAR

---

Original Proceeding
County Court at Law No. 3 of Montgomery County, Texas
Trial Cause No. 10-02-01239-CV

---

ORDER

Martha Koomar filed a petition for writ of mandamus. The relator is a party in Cause Number 10-02-01239-CV, *In the Interest of Z.Y.* Relator seeks a writ compelling the Honorable Judy L. Warne, sitting by assignment as the Judge of the County Court at Law No. 3 of Montgomery County, Texas, to set aside a contempt order and discharge her from the contempt order. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221.

1

Relator requests that all trial court proceedings, including her payment obligations under the contempt order, be stayed as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further proceedings in Cause Number 10-02-01239-CV are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real party in interest, Kristopher Yerger, is due April 10, 2020.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED March 31, 2020.

PER CURIAM

Before McKeithen, C.J., Kreger, and Johnson, JJ.